IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SA'MONE MARQUIS,  :  <br>  Plaintiff,  : <br>  : <br> v.   : <br>  : <br> PENNSYLVANIA LIQUOR CONTROL  : <br> BOARD,  : <br>  Defendant.  : | Case No. 2:25-cv-03787-JDW |

### ORDER

AND NOW, this 19th day of August, 2025, upon consideration of Plaintiff Sa'mone Marquis's Motion To Proceed *In Forma Pauperis* (ECF No. 1), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **GRANTED**.

It is **FURTHER ORDERED** that the Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons in the Court's Memorandum.

It is **FURTHER ORDERED** that Ms. Marquis may file an amended complaint on or before September 19, 2025. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Ms. Marquis's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case to state a claim. When drafting her amended complaint, Ms. Marquis should be mindful of my reasons for dismissing the

claims in her initial Complaint, as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until I so order.

The Clerk of Court shall send Ms. Marquis a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination action bearing this case number. Ms. Marquis may use this form to file her amended complaint if she chooses to do so. I remind Ms. Marquis that merely checking boxes on the form is not sufficient to allege plausible claims. She must provide a narrative statement of all facts concerning her discrimination claims.

If Ms. Marquis does not wish to amend her Complaint and instead intends to stand on her original Complaint as originally pled, she may file a notice with the Court on or before September 19, 2025, stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

If Ms. Marquis fails to file any response to this Order, I will conclude that Ms. Marquis intends to stand on her Complaint and will issue a final order dismissing this case.

It is **FURTHER ORDERED** that the Request for Appointment of Counsel (ECF No. 3) is **DENIED WITHOUT PREJUDICE**.

It is **FURTHER ORDERED** that the Motion For Permission To File Electronically (ECF No. 10) is **GRANTED**. Ms. Marquis shall register for ECF filing credentials and make all future submissions by the CM/ECF system. Ms. Marquis must be aware that, by registering

for CM/ECF, she consents to receiving further Orders of the Court, and any filings by an opposing party, via notices from the CM/ECF system. There will be no further mailings or other paper copies. If Ms. Marquis is not willing to accept electronic notifications of filings, then she should not register for CM/ECF use.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON**