## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SA'MONE MARQUIS, | : | |
|     Plaintiff, | : | |
| | : | |
|     v. | : | Case No. 2:25-cv-03787-JDW |
| | : | |
| PENNSYLVANIA LIQUOR CONTROL | : | |
| BOARD, | : | |
|     Defendant. | : | |

### ORDER

AND NOW, this 30th day of September, 2025, upon consideration of Plaintiff Sa'mone Marquis's Amended Complaint (ECF No. 13), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Ms. Marquis's claims for Disability Discrimination (ADA) (Count I), Hostile Work Environment (Title VII & ADA) (Count III), Wrongful Termination (Public Policy & Federal Law) (Count IV), Negligent Supervison (Count V) are **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that Count II of the Amended Complaint shall proceed at this time to service by the U.S. Marshal Service, in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), against Defendant Pennsylvania Liquor Control Board. In anticipation of service by the U.S. Marshal Service, the Clerk Of Court shall send a copy of this Order to Ms. Marquis together with one copy of the U.S. Marshal Service of Process Receipt and Return Form USM-285 ("USM-285 Form"). The Clerk of Court shall record the mailing on the docket.

To proceed with service, Ms. Marquis must complete the USM-285 Form for Pennsylvania Liquor Control Board and return the completed form to the Clerk's Office on or before October 21, 2025. The U.S. Marshal Service cannot make service until Ms. Marquis completes and returns this form. In completing the USM-285 Form, I instruct Ms. Marquis as follows.

a.      Ms. Marquis should complete the USM-285 Form for Pennsylvania Liquor Control Board.

b.      Ms. Marquis shall not complete a USM-285 Form for any other individual or entity.

c.      Ms. Marquis must provide an address at a location where the Defendant can be served. **The U.S. Marshals Service cannot serve a Defendant at a P.O. Box address.** It is Ms. Marquis's responsibility, and not the duty of the Court, the Clerk's Office, or the Marshals Service, to ascertain the Defendant's address.

d.      Ms. Marquis must sign the USM-285 Form on the signature block marked "Signature of Attorney other Originator requesting service on behalf of: PLAINTIFF," and provide a telephone number and the date where indicated.

e.      Failure to include a proper address may result in the Defendant not being served and/or the dismissal of Ms. Marquis's claims against any such Defendant.

If Ms. Marquis fails to return a completed USM-285 Form in accordance with these instructions, I may dismiss this case for failure to prosecute, without further notice.

The Clerk of Court shall docket any USM-285 Forms that Ms. Marquis returns in this case.

The Clerk of Court shall not to issue a summons at this time. I will direct issuance of a summons upon receipt of a properly completed USM-285 Form.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**